| Attorney or Party without Attorney:<br>Michael Cosentino, Attorney at Law<br>P.O. Box 129<br>Alameda, CA 94501 | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: 510-523-4702    FAX No: 510-747-1640 | | | | |
| | | Ref. No. or File No.: | | **FILED**<br>JUL 8 2008<br>RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Northern District Of California | | | | |
| Plaintiff: United States Of America, et al | | | | |
| Defendant: Elizabeth M. Lehrer, et al | | | | |
| **PROOF OF SERVICE**<br>**S&C** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C074560SLM |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons and Complaint

3. a. Party served:        Elizabeth M. Lehrer aka Elizabeth M. Valentine aka Elizabeth M. Anderson
   b. Person served:       party in item 3.a., White, Female, 45 Years Old, Blond Hair, Blue Eyes, 5 Feet 7 Inches, 130 Pounds

4. Address where the party was served:    4444 Culebra Ave.
                                          Santa Rosa, Ca 95409

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jun. 30, 2008 (2) at: 7:55PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Evan Dresser                                                  d. **The Fee for Service was:** $55.00



LEGAL EXPRESS LTD.
1831 HARTMAN LN.
P. O. BOX 808001
PETALUMA, CA 94975-8001
PHONE 707-765-6765
FAX 707-765-6762

   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:    P-394
      (iii) County:              Sonoma

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Jul. 02, 2008                              /s/ Evan C Dresser
                                                      (Evan Dresser)

Judicial Council Form POS-010                PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007            S&C                              cosent.162659

| Attorney or Party without Attorney:<br>Michael Cosentino, Attorney at Law<br>P.O. Box 129<br>Alameda, CA 94501 | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: 510-523-4702  FAX No: 510-747-1640 | | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Northern District Of California | | | | |
| Plaintiff: United States Of America, et al | | | | |
| Defendant: Elizabeth M. Lehrer, et al | | | | |
| **PROOF OF SERVICE**<br>**S&C** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C074560SLM |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons and Complaint

3. a. Party served:   Elizabeth M. Lehrer aka Elizabeth M. Valentine aka Elizabeth M. Anderson
   b. Person served:  party in item 3.a., White, Female, 45 Years Old, Blond Hair, Blue Eyes, 5 Feet 7 Inches, 130 Pounds

4. Address where the party was served:   4444 Culebra Ave.
   Santa Rosa, Ca 95409

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Jun. 30, 2008 (2) at: 7:55PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. *Person Who Served Papers:*
   a. Evan Dresser

   LEGAL EXPRESS LTD.
   1831 HARTMAN LN.
   P.O. BOX 808001
   PETALUMA, CA 94975-8001
   PHONE 707-765-6765
   FAX 707-765-6762

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee for Service was:**  $55.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:  P-394
      (iii) County:  Sonoma

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Wed, Jul. 02, 2008

   Judicial Council Form POS-010
   Rule 2.150.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE
   S&C

   (Evan Dresser)

   cosent.162659