1  MICHAEL COSENTINO, ESQ., State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA 94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff
   United States of America

**FILED**

JUL 25 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

Elizabeth M. Lehrer aka Elizabeth M. Valentine
aka Elizabeth M. Anderson

        Defendant(s).
_____/

NO. C07-4560 SLM

REQUEST TO ENTER DEFAULT

To:    Richard W. Wieking, Clerk
        United States District Court
        Northern District of California

        PLEASE ENTER THE DEFAULT of the defendant for failure to plead or otherwise defend.

DATED: July 22, 2008    By: _____
                                    MICHAEL COSENTINO
                                    Attorney for Plaintiff