MICHAEL COSENTINO, SBN 83253
Attorney at Law
P.O. Box 129
Alameda, CA 94501
Telephone: (510) 523-4702

Attorney for Plaintiff
United States of America

FILED
JUL 25 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. C07-4560 SLM |
| Plaintiff, | DECLARATION FOR JUDGMENT ON DEFAULT |
| v. | |
| Elizabeth M. Lehrer aka Elizabeth M. Valentine aka Elizabeth M. Anderson | |
| Defendant. | |

I, MICHAEL COSENTINO, declare:

1. I am the attorney for the plaintiff in the above-entitled action.

2. This declaration is made on behalf of plaintiff.

3. From the files and records and other information in this case, declarant is informed and believes that the defendant's place of residence is at 4444 Culebra Ave., Santa Rosa, CA 95409.

4. Defendant is not an infant or incompetent person and not in the military service of the United States within the meaning of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended, or otherwise entitled to the benefits of said Act.

5. Subsequent to the date of the Certificate of Indebtedness, a copy of which is attached hereto and made a part hereof as Exhibit A, $0.00 in payments have been made to the account; there is now due and owing to the plaintiff from the defendant the sum of $103,029.19 principal, plus $45,007.49 additional interest, $0.00 administrative costs, $55.00 court costs, and $33,999.63 as attorney fees.

WHEREFORE, declarant requests that judgment be entered on behalf of the plaintiff and

1 against the defendant in the sum of $182,091.31 plus post judgment interest at the legal rate per
2 annum, pursuant to the provisions of 28 USC Sec. 1961(a), which will be compounded annually
3 pursuant to the provisions of 28 USC Sec. 1961(b).
4     I declare under penalty of perjury that the foregoing is true and accurate to the best of my
5 knowledge, information and belief.
6
7 Dated: July 22, 2008
                        MICHAEL COSENTINO
8                         Attorney for the Plaintiff

25 DECLARATION FOR JUDGMENT OF DEFAULT                         2

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

Elizabeth M. Lehrer
aka Elizabeth M. Valentine
aka Elizabeth M. Anderson
4444 Culebra Ave
Santa Rosa, CA 95409

SSN:         -2220

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 03/07/06.

On or about 03/07/02, the borrower executed promissory note(s) to secure loan(s) of $73,382.17, and 29,647.02, from the U.S. Department of Education. This loan was made by the Department under the William D. Ford Federal Direct Loan Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087a et. seq. (34 CFR Part 685). The Department demanded payment according to the terms of the note(s), and the borrower defaulted on the obligation on 04/03/03. The Department has credited $172.94 from all sources, including Treasury Department offsets, if any to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal | $103,029.19 |
| Interest: | $27,867.67 |
| Administrative/Collection Costs: | $0.00 |
| Late Fees: | $0.00 |
| Total debt as of 03/07/06: | $130,896.86 |

Interest accrues on the principal shown here at the rate of rate of 7.00% per annum and a daily rate of $19.76.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 3/24/06          Name: [signature]
                              Title:   Loan Analyst
                              Branch:  Litigation

                              Jessica Liu
                              Loan Analyst

EXHIBIT A