1  MICHAEL COSENTINO, State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff
   United States of America

**FILED**

JUL 2 5 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

  vs.

Elizabeth M. Lehrer aka Elizabeth M. Valentine
aka Elizabeth M. Anderson
          Defendant.
_____ /

    See attached list:

Case No. C07-4560 SLM

PROOF OF SERVICE

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and a resident of the County of Alameda, I am over the age of eighteen and not a party to the herein action; my business address is P.O. Box 129, Alameda, California, 94501. On July 22, 2008, I served the

**REQUEST TO ENTER DEFAULT,
DECLARATION FOR JUDGMENT ON DEFAULT, and
[PROPOSED] JUDGMENT ON DEFAULT**

on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully pre-paid, in the United States Post Office addressed as follows:

Elizabeth M. Lehrer aka Elizabeth M. Valentine aka Elizabeth M. Anderson
4444 Culebra Ave.
Santa Rosa, CA 95409

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 22, 2008 at Alameda, California.

*C. Blaylock*
C BLAYLOCK