1 | MICHAEL COSENTINO, SBN 83253
Attorney at Law
2 | P.O. Box 129
Alameda, CA 94501
3 | Telephone: (510) 523-4702

4 | Attorney for Plaintiff
United States of America
5

6

7 | IN THE UNITED STATES DISTRICT COURT

8 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

9 | UNITED STATES OF AMERICA              NO. C07-4560 SLM
10
            Plaintiff,
11                                       JUDGMENT ON DEFAULT
        v.
12
Elizabeth M. Lehrer aka Elizabeth M. Valentine
13 | aka Elizabeth M. Anderson

14          Defendant.
                                    /
15
        In the above entitled action, the defendant Elizabeth M. Lehrer aka Elizabeth M. Valentine
16
aka Elizabeth M. Anderson having been duly served with the Summons and a copy of the Complaint
17
in the action, and the defendant having failed to appear, answer, plead, or otherwise defend in the
18
action within the time allowed by law, or at all, and default having been duly entered; and it further
19
appearing that plaintiff's claim against the defendant is for a sum certain and for interest which can by
20
computation be made certain and for costs; and, it further appearing that a declaration on behalf of
21
the plaintiff required by Rule 55 has been filed, setting forth the amounts due plaintiff from said
22
defendant in accordance with the prayer of the Complaint, and also setting forth that defendant is not
23
an infant or incompetent person or in the military service of the United States within the meaning of
24
the Soldiers' and Sailors' Civil Relief Act of 1940, as amended, or otherwise entitled to the benefits
25
of said Act, and praying that Judgment be entered herein.
26
        NOW, THEREFORE, by virtue of the law and by reason of the premises aforesaid,
27
        IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and
28

1 | from the defendant, Elizabeth M. Lehrer aka Elizabeth M. Valentine aka Elizabeth M. Anderson, the
2 | sum of $182,091.31 as principal, interest, attorney fees, and costs; interest from the date of this
3 | judgment at the current legal rate per annum, pursuant to the provisions of 28 USC Sec.
4 | 1961(a)which will be compounded annually pursuant to the provisions of 28 U.S.C. Sec 1961(b), and
5 | judgment is herewith entered accordingly.

7 | JUDGMENT ENTERED: 8-6-08

RICHARD W. WIEKING, Clerk
United States District Court

_____
Deputy Clerk
GLORIA ACEVEDO